**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **PATTY LONSBURY** ) | Case No.  3:20-cv-2228 |
| ) | Judge James R. Knepp, II |
| Plaintiff ) | **STIPULATION AND JUDGMENT** |
| | **ENTRY OF DISMISSAL WITH** |
| v. ) | **PREJUDICE** |
| **THE SALVATION ARMY** ) | Francis J. Landry, (0006072) |
| | **WASSERMAN, BRYAN, LANDRY** |
| Defendant ) | **& HONOLD, LLP** |
| | 1090 West South Boundary, Suite 500 |
| ) | Perrysburg, Ohio  43551 |
| | Telephone:  (419) 243-1239 |
| ) | Facsimile:  (419) 243-2719 |
| | Attorney for Plaintiff |
| | Patty Lonsbury |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOW COME the parties, by and through their undersigned counsel, and hereby stipulate to the dismissal of all of Plaintiff's claims against Defendant, with prejudice, with the provision that each party bear her/its own costs.

Based upon the above stipulation and for good cause shown it is **ORDERED, ADJUDGED AND DECREED** that the within cause be and the same is hereby dismissed in its entirety with prejudice.  It is further **ORDERED, ADJUDGED AND DECREED** that each party shall bear her/its own costs.

1

2

**IT IS SO STIPULATED:**                    **IT IS SO ORDERED:**


 /s/**Francis J. Landry**
Francis J. Landry                            U.S. District Judge
Attorney for Plaintiff,
Patty Lonsbury


 /s/ **Joseph K. Oldham**   *                 5/26/2021
Joseph K. Oldham                                      Date
 Attorney for Defendant,
The Salvation Army
**\*consent per email 5/25/2021**

2